**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr08-MHT** |
| | ) | **(WO)** |
| **CEDRIC FOSTER** | ) | |

**ORDER**

It is ORDERED that defendant Cedric Foster's motion for a status update (Doc. 220) is granted. The court does not have a record of a petition for compassionate release filed in September 2020. The court denied the defendant's June 2020 motion for compassionate release (Doc. 199) without prejudice on December 10, 2020 (Doc. 219). No other motions are pending.

DONE, this the 22nd day of February, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**