IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )        2:17cr08-MHT
                             )            (WO)
CEDRIC FOSTER                )
```

## ORDER

It is ORDERED that defendant Cedric Foster's motion for a non-binding judicial recommendation for the maximum allowable placement in a Residential Reentry Center (Doc. 222) is denied. The court will leave this issue to the discretion of the Bureau of Prisons.

DONE, this the 31st day of August, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**